**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**2833 North Central Ave., #613**
**Phoenix, AZ 85004**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JIM & KELLY MALCOLM**, | ) Case No. |
| | ) |
| Plaintiffs, | ) **COMPLAINT** |
| | ) |
| vs. | ) |
| | ) |
| **LAW OFFICE ADAM JEFFREY KATZ, PA,** | ) |
| | ) |
| Defendant. | ) |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

## III. PARTIES

3. Plaintiffs, Jim & Kelly Malcolm, are natural persons residing in Maricopa County.

4. Defendant, Law Office Adam Jeffrey Katz, PA., is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV.  FACTUAL ALLEGATIONS

6. At various and multiple times prior to the filing of the instant complaint, including within the one hundred twenty days preceding the filing of this complaint, Defendant contacted Plaintiffs in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

   (a) Failing to provide meaningful disclosure of your company's identity and address (§1692(d)(6);

   (b) Failing to validate the debt at the time of initial contact and/or in writing within five days thereafter (§1692g(a);

   (c) Making false and misleading representations regarding the character and status of the debt (§1692(e)(2));

   (d) Threatening to take legal action that cannot be taken(§1692(e)(5).

## IV.    PRAYER FOR RELIEF

7. As a result of the above violations of the FDCPA, Plaintiffs suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiffs for Plaintiffs' actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiffs respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and,

E. For such other and further relief as may be just and proper.

## **PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Respectfully submitted this 23rd of May, 2007.

By: s/ Marshall Meyers
Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
2833 North Central Ave., #613
Phoenix, AZ 85004
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiffs